ACCEPTED
15-24-00109-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/7/2025 5:23 PM
CHRISTOPHER A. PRINE
CLERK

# No. 15-24-00109-CV

---

## IN THE COURT OF APPEALS
## FOR THE FIFTEENTH JUDICIAL DISTRICT
## AUSTIN, TEXAS

---

Brandon Hodges, individually and in his Official Capacity as Trustee of District for Midland ISD, et al.,

*Appellants*

*v.*

Pecos-Barstow-Toyah Independent School District, et al.

*Appellees*

---

Accelerated Appeal from the
201st Judicial District Court, Travis County
Cause No. D-1-GN-24-005018

---

**Appellees' Notice of Appearance of Counsel**

---

To THE HONORABLE FIFTEENTH COURT OF APPEALS:

Pursuant to Rule 6.1(c) of the Texas Rules of Appellate Procedure, Appellees file this Notice of Appearance of counsel.

Edward Smith hereby enters his appearance as co-counsel for Appellees in the above-styled and numbered cause.

Respectfully submitted,
*/s/ Edward Smith*

Kevin O'Hanlon
State Bar No. 15235500
*kohanlon@808west.com*
Edward Smith
State Bar No. 24037790
*esmith@808west.com*

O'Hanlon, Demerath & Castillo
808 West Avenue
Austin, TX 78701
Tel: (512) 494-9949
Fax: (512) 494-9919

***Counsel for Appellees***

## CERTIFICATE OF SERVICE

Pursuant to Tex. R. App. P. 9.5(e), an automated certificate of service will be generated when this document is e-filed.

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Lea Ohrstrom on behalf of Edward Smith
Bar No. 24037790
lohrstrom@808west.com
Envelope ID: 98226313
Filing Code Description: Letter
Filing Description: Notice of Appearance
Status as of 3/10/2025 7:17 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Byron K.Henry | | byron.henry@solidcounsel.com | 3/7/2025 5:23:32 PM | SENT |
| Kevin O'Hanlon | 15235500 | kohanlon@808west.com | 3/7/2025 5:23:32 PM | SENT |
| Melissa Diaz | | melissa.diaz@solidcounsel.com | 3/7/2025 5:23:32 PM | SENT |
| Lea Ohrstrom | | lohrstrom@808west.com | 3/7/2025 5:23:32 PM | SENT |
| Walker StevenYoung | | walker.young@solidcounsel.com | 3/7/2025 5:23:32 PM | SENT |
| Edward Smith | | esmith@808west.com | 3/7/2025 5:23:32 PM | SENT |